IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CEDRIC A. MITCHELL                                                                            PLAINTIFF

v.                                    CASE NO. 2:20-CV-2211

DETECTIVE TOBIAS ARRIOLA,
DETECTIVE RUSSELL USSERY,
AND DETECTIVE CHAD FORD                                                              DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 39) from United States Magistrate Judge Barry A. Bryant. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the Court deny Defendant Arriola's Motion to Dismiss (Doc. 30) and deny Defendant Ussery's Motion to Dismiss (Doc. 36). The Court has conducted careful review of this case. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendant Arriola's Motion to Dismiss (Doc. 30) and Defendant Ussery's Motion to Dismiss (Doc. 36) are DENIED.

IT IS SO ORDERED this May 10, 2021.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE