IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CEDRIC A. MITCHELL                                                                                   PLAINTIFF

   v.                                      CASE NO. 2:20-CV-2211

DETECTIVE TOBIAS ARRIOLA; and
DETECTIVE RUSSELL URSERY                                                                       DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 71) from U.S. Magistrate Judge Barry A. Bryant. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the Court dismiss this action without prejudice for failure to prosecute, failure to obey the Orders of the Court, and failure to comply with Local Rule 5.5(c)2 and Fed. R. Civ. P. 41(b). The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that this case is DISMISSED WITHOUT PREJUDICE. Judgment will be entered accordingly.

IT IS SO ORDERED this November 10, 2022.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE