IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CEDRIC A. MITCHELL                                                                                   PLAINTIFF

v.                                              Civil No. 2:20-cv-02211

DETECTIVE TOBIAS ARRIOLA;
DETECTIVE RUSSELL URSERY                                                                DEFENDANTS

**REPORT AND RECOMMENDATION**

This is a civil rights action filed by Plaintiff, Cedric A. Mitchell ("Mitchell") pursuant to 42 U.S.C. § 1983. Mitchell proceeds *pro se* and seeks leave to proceed *in forma pauperis* ("IFP") on appeal. Pursuant to the provisions of 28 U.S.C. §§ 636(b)(1) and (3), the Honorable P.K. Holmes, III, United States District Judge, referred this case to the undersigned for the purpose of making a Report and Recommendation on the IFP motion.

## I.    DISCUSSION

When Mitchell filed this action, he was granted leave to proceed IFP. (ECF No. 5). The parties were served and on April 1, 2022, an Initial Scheduling Order (ECF No. 58) was entered.

A Motion to Dismiss (ECF No. 63) was filed by Separate Defendant Detective Tobias Arriola. Despite being directed (ECF No. 65) to do so, Mitchell failed to respond to the Motion to Dismiss. A Motion for Summary Judgment (ECF No. 66) was filed by Separate Defendant Detective Russell Ursery. Despite being directed (ECF No. 69) to do so, Mitchell failed to respond to the Summary Judgment Motion. As a result of Mitchell's failure to respond to either pending motion, the Court entered a Show Cause Order (ECF No 70). Mitchell failed to respond to the Show Cause Order. By Order and Judgment (ECF Nos. 72 & 73) entered on November 10, 2022, this case was dismissed without prejudice based on Mitchell's failure to prosecute. None of these documents were returned as undeliverable.

1

It was not until January 4, 2023, that Mitchell filed his Notice of Appeal (ECF No. 74). This was well outside the thirty-day time period specified in Rule 4(a)(1)(A) of the Federal Rules of Appellate Procedure. Further, as the case was dismissed without prejudice, Mitchell could have moved to either reopen the action or refiled the action as a new case.

## II. CONCLUSION

For these reasons, it is recommended that the Court certify that this appeal is not taken in good faith pursuant to 28 U.S.C. § 1915(a)(3) and Mitchell's application to proceed IFP on appeal (ECF No. 78) be **DENIED**. It is further recommended that if Mitchell wishes to continue his appeal, he be ordered to pay the $505 appellate filing fee within 30 days of the Court's order denying the application to proceed IFP.

**DATED** this 30th day of January 2023.

*/s/ Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE