UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CEDRIC A. MITCHELL                                                                                  PLAINTIFF

v.                                              No. 2:20-cv-02211

DETECTIVE TOBIAS ARRIOLA, et al.                                                        DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 81) from United States Magistrate Judge Barry A. Bryant. The Magistrate Judge recommends that the Court certify that Plaintiff's appeal is not taken in good faith and deny Plaintiff's application (Doc. 78) for leave to appeal in forma pauperis. Plaintiff has filed an objection (Doc. 82) to the report and recommendation. This case was originally dismissed for failure to prosecute. After careful review of the case, the Court concludes that Plaintiff has not demonstrated excusable neglect. *See* Doc. 74 (Plaintiff claims to have not received motions while jailed between August 14 and September 14, 2022); Doc. 70 (Show Cause Order issued September 23, 2022, giving Plaintiff 21 days to reply, which Plaintiff did not do); Doc. 71 (Report and Recommendations issued October 4, 2022, to which Plaintiff did not object); Doc. 73 (Entry of judgment dismissing the case on November 10, 2022); Doc. 74 (Notice of Appeal dated January 4, 2023, well past the 30-day deadline), Doc. 81 (noting that no mail from the Court was returned as undeliverable); *Feeney v. AT&E, Inc.*, 472 F.3d 560, 563 (8th Cir. 2006) (finding no excusable neglect where plaintiff was released from jail before relevant motion was pending and failed to make adequate plans to receive his mail while conducting litigation). Accordingly, the Report and Recommendations is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE CERTIFIED that Plaintiff's appeal in this matter is not taken in good

faith.  Plaintiff's motion to proceed in forma pauperis on appeal is DENIED.

    IT IS SO ORDERED this 20th day of March, 2023.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE